**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RONALD WILLIAMS
ADC #113905                                                                                           PLAINTIFF

V.                                        No. 4:14CV00732 KGB-BD

STATE OF ARKANSAS, *et al.*                                                           DEFENDANTS

**RECOMMENDED DISPOSITION**

**I.   Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Ronald Williams filed this lawsuit pro se and is proceeding *in forma pauperis*. (Docket entries #1 and #2) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. The Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to comply with that requirement. (#20)

On April 28, 2015, after mail addressed to Mr. Williams was returned as undeliverable, the Court gave Mr. Williams thirty days to notify the Court of his new address. (#20) To date, Mr. Williams has failed to comply with the Court's Order, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 28, 2015 Order.

DATED this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE