IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD WILLIAMS**
**ADC #113905**                                                                                        **PLAINTIFF**

v.                         Case No. 4:14-cv-000732-KGB-BD

**STATE OF ARKANSAS,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Dkt. No. 18) and a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 25). No objections were filed to the Partial Recommended Disposition or to the Recommended Disposition, and the time for filing objections has passed. After careful review of the Partial Recommended Disposition and the Recommended Disposition, the Court concludes that they should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice Mr. Williams's claims against the State of Arkansas and dismisses without prejudice his remaining claims under Local Rule 5.5(c)(2) for failure to prosecute.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this dismissal would not be taken in good faith.

SO ORDERED this 7th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE